# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRANDEN ESCALANTE LEE,<br><br>Petitioner,<br><br>v.<br><br>CSP-CORCORAN PRISON,<br><br>Respondent. | Case No. CV 24-10270-KK (DFM)<br><br>Order Accepting Report and<br>Recommendation of<br>United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute, failure to exhaust state judicial remedies, and failure to present a claim cognizable in federal habeas corpus.

Date: April 16, 2025

_____
KENLY KIYA KATO
United States District Judge