JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRANDEN ESCALANTE LEE,<br><br>Petitioner,<br><br>v.<br><br>CSP-CORCORAN PRISON,<br><br>Respondent. | Case No. CV 24-10270-KK (DFM)<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute, failure to exhaust state court remedies, and failure to present a claim cognizable in federal habeas corpus.

Date: April 16, 2025

                                                   KENLY KIYA KATO
                                                   United States District Judge